# United States Court of Appeals
## For the First Circuit

No. 15-1318

UNITED STATES OF AMERICA,

Appellee,

v.

ALLISON GONZÁLEZ-MARTÍNEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 9, 2016, is amended as follows:

On Page 2, line 18, "security numbers" is replaced with "social security numbers".